

U.S DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF COURT. . . . . . . . . .

CV07-3961GHK(CW)

I'M WRITING TO INFORM THE COURT THAT I RECENTLY TRANSFERED TO ANOTHER PRISON. MY CURRENT ADDRESS IS: THOMAS BRIDGES #V90239
   CSP · 3B04 · #140
   P.O BOX 3466
   CORCORAN, CA · 93212

I'M WELL AWARE OF THE FACT THAT I'VE GOT 15 DAYS TO NOTIFY THE COURT OF ANY CHANGE OF ADDRESS. I'M YET TO RECEIVE MY PROPERTY, SO I DON'T HAVE MY CASE #. I TRUST THAT MY NAME AND CDC# IS JUST AS GOOD.

SUBMITTED BY:
THOMAS BRIDGES #V90239

J. Bridges
MAR 2, 2011
CORCORAN STATE PRISON