JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

```
THOMAS EARL BRIDGES, JR.,      )    No. CV 07-3961-GHK(CW)
                               )
            Petitioner,        )    JUDGMENT
                               )
       v.                      )
                               )
ROBERT HOREL (Warden),         )
                               )
            Respondent.        )
_____)
```

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:  6/3/15

                                    GEORGE H. KING
                                    Chief United States District Judge